# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## 09-16-00044-CR
_____

## ANDREA CHRISTINE FOLKERS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

_____

**On Appeal from the County Court at Law No 4**
**Montgomery County, Texas**
**Trial Cause No. 15-303511**

_____

## ORDER

The clerk's record in the above styled and numbered cause was filed March 24, 2016, and the reporter's record was filed May 10, 2016. On July 13, 2016, the Court granted an extension of time to file the brief. On September 2, 2016, the appellant's court-appointed attorney, Jarrod Walker, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. Although the brief of the appellant was due to be filed August 10, 2016, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). If the

1

appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify her have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and send said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue her appeal. If appellant desires to pursue her appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists for appointed counsel, Jarrod Walker, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2016). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The court reporter's record of the hearing and the clerk's record containing the recommendations of the trial court judge are to be filed on or before Monday, October 26, 2016.

ORDER ENTERED September 26, 2016.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2